FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2019 OCT 18 PM 4: 38
MARGARET BOTKINS,
CHEYENNE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| WILDEARTH GUARDIANS and SIERRA CLUB,<br><br>Petitioners,<br><br>vs.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>Respondent,<br><br>and<br><br>STATE OF WYOMING, et al.<br><br>Respondent-Intervenors. | Case No: 13-CV-42-ABJ |

## AMENDED JUDGMENT

The Court has entered its Order Following Status Conference and Setting Deadlines. ECF No. 184. Petitioners do not wish to seek leave to amend their Complaint. 12-CV-85, ECF No. 247. It is hereby **ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Petitioners.

Dated this 18th day of October, 2019.

Alan B. Johnson
United States District Judge

1