| | |
|---|---|
| Samantha Ruscavage-Barz | Nathan Maxon, WSB No. 7-4588 |
| NM Bar No. 23276 | 342 Parks Street |
| WildEarth Guardians | Lander, WY 82520 |
| 516 Alto St. | Telephone: 307-438-9823 |
| Santa Fe, NM 87501 | nate.maxon@gmail.com |
| Telephone: 505-401-4180 | |
| sruscavagebarz@wildearthguardians.org | |
| | |
| Nathaniel Shoaff, CA Bar No. 256641 | *Attorneys for Petitioners* |
| Nathan Matthews, CA Bar No. 264248 | |
| Sierra Club Environmental Law Program | |
| 85 Second Street, Second Floor | |
| San Francisco, CA 94105 | |
| Telephone: 415-977-5610 | |
| nathaniel.shoaff@sierraclub.org | |
| nathan.matthews@sierraclub.org | |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| WILDEARTH GUARDIANS and SIERRA CLUB, Petitioners, <br><br> v. <br><br> UNITES STATES BUREAU OF LAND MANAGEMENT, Respondent, <br><br> and <br><br> STATE OF WYOMING, BTU RESOURCES NATIONAL MINING ASSOCIATION, and WYOMING MINING ASSOCIATION, Respondent-Intervenors. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 13-CV-00042 <br> ) <br> ) <br> ) |

**PETITIONERS' NOTICE OF APPEAL IN CASE NO. 13-CV-00042**

WildEarth Guardians and the Sierra Club, Petitioners in Case No. 13-cv-00042, hereby appeal to the United States Court of Appeals for the Tenth Circuit from the District Court's August 17, 2015 Order (ECF No. 185) and Judgment (ECF No. 186) affirming the actions of the Federal Defendants and denying the relief requested by Petitions in Case No. 13-cv-00042.

Respectfully submitted on this 7th day of October, 2015.

/s/ Samantha Ruscavage-Barz
Samantha Ruscavage-Barz,
NM Bar No. 23276
WildEarth Guardians
516 Alto Street
Santa Fe, New Mexico 87501
Tel.: (505) 401-4180
sruscavagebarz@wildearthguardians.org

Nathan Maxon
342 Parks Street
Lander, WY 82520
Tel: (307) 438-9823
nate.maxon@gmail.com

Nathaniel Shoaff, CA Bar No. 256641
Nathan Matthews, CA Bar No. 264248
Sierra Club Environmental Law Program
85 Second Street, Second Floor
San Francisco, CA 94105
nathaniel.shoaff@sierraclub.org
Tel.: (415) 977-5610
nathan.matthews@sierraclub.org
Tel.: (415) 977-5695

*Attorneys for Petitioners*

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing PETITIONERS' NOTICE OF APPEAL IN CASE NO. 13-cv-00042 was served on all counsel of record through the Court's ECF system on this 7th day of October, 2015.

/s/ Samantha Ruscavage-Barz
*Attorney for Petitioners*